IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHRISTINE M. PRANDY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )   Case No. CIV-11-930-F |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of the Social Security | ) |
| Administration, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On August 15, 2012, United States Magistrate Judge Robert E. Bacharach issued a Report and Recommendation, recommending this court affirm the Social Security Administration's decision denying plaintiff insurance benefits.

Presently before the court are plaintiff's timely written objections to the Report and Recommendation. In accordance with 28 U.S.C. § 636(b)(1), the court has conducted a *de novo* review of the matter. Having done so, the court rejects plaintiff's objections and concurs in the analysis and recommendation of Magistrate Judge Bacharach. The court therefore accepts, adopts and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of United States Magistrate Judge Robert E. Bacharach issued on August 15, 2012 (doc. no. 19) is **ACCEPTED**, **ADOPTED** and **AFFIRMED**. The final decision of defendant, Michael J. Astrue,

Commissioner of the Social Security Administration, denying plaintiff, Christine M. Prandy, insurance benefits is **AFFIRMED**.  Judgment shall issue forthwith.

    **IT IS SO ORDERED** this 24th day of August, 2012.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

11-0930p002.wpd